M. Marshall

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
08/22/2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Michael Brian COLLINS | ) | Case No. 1:19-mj-472 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 14, 2019__ in the county of __Travis__ in the
__Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 | US Code 841(a)(1) |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

L. Todd Davis, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __8-22-2019__

_____
Judge's signature

City and state: __Austin, Texas__

Mark Lane
United States Magistrate Judge
*Printed name and title*

### Affidavit for Criminal Complaint of Michael Brian COLLINS

On August 14, 2019, Michael Brian Collins was arrested in Austin, Texas, for Possession with Intent to Distribute Methamphetamine in violation of 21 USC 841(a)(1), regarding approximately 250.02 grams of suspected methamphetamine that was found in the residence of 8119 Tahoe Parke Circle, Austin, Texas, occupied by Collins.

On August 13, 2019, law enforcement obtained a search warrant from Travis County Magistrate Judge Leon Grizzard for 8119 Tahoe Parke Circle, Austin, Texas, the identified residence of Michael Brian Collins. Previously accumulated evidence had revealed Collins to be a multi-ounce methamphetamine dealer, who utilized 8119 Tahoe Parke Circle as a distribution location for narcotics.

On August 14, 2019, as law enforcement executed the search warrant at 8119 Tahoe Parke Circle, Collins was located in the master bedroom and was taken into custody. Once all the occupants had been secured, law enforcement conducted a search of the location, discovered methamphetamine on a plate in the master bathroom, and then noticed what looked like the corner of a zip-lock bag in the toilet. Knowing that narcotics traffickers will frequently attempt to flush contraband, including narcotics, down the toilet to avoid having it discovered and seized by law enforcement, officers retrieved the zip lock bag and found it to contain a clear crystalline substance resembling methamphetamine. Two other plastic bags were located in the toilet plumbing, and both were also found to contain a clear crystalline substance. Michael Brian Collins was read his Miranda Rights and agreed to participate in questioning. Collins admitted that he had been selling methamphetamine out of the residence, usually distributing about 4 ounces per week. Collins also admitted that he had flushed the methamphetamine down the toilet as law enforcement was making entry into the house. The clear crystalline substance was later tested, yielded a positive indication for the presence of methamphetamine, and was found to weigh 250.02 grams.

.

L. Todd Davis
Special Agent
Drug Enforcement Administration

Sworn to and signed before me this 22 day of August, 2019.

United States Magistrate Judge
Western District of Texas
Austin, Texas

1